[No. 43429-2-I.    Division One.    June 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-052134-7, Dale B. Ramerman, J., entered October 1, 1998. *Reversed* by unpublished per curiam opinion.

[Nos. 16801-8-III; 18334-3-III.    Division Three.    June 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ERIC WENDT, *Appellant*.

*In the Matter of the Personal Restraint of* SCOTT ERIC WENDT, *Petitioner.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 97-1-00015-9, E. Thompson Reynolds, J., entered June 23, 1997, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17136-1-III.    Division Three.    June 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS CHARLES LANPHIER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-01561-1, Linda G. Tompkins, J., entered December 12, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.